**GRINNELL MUTUAL REINSURANCE COMPANY, Plaintiff–Appellee**

v.

**David RAMBO, Defendant.**

**Terry Reynolds, Defendant–Appellant.**

**Rodger Smith; Carla Smith; Ellie Slater; Jean Shown; Faye Shown; Roger Brown; Claudine Brown, Defendants.**

**Grinnell Mutual Reinsurance Company, Plaintiff–Appellee**

v.

**David Rambo; Terry Reynolds, Defendants.**

**Rodger Smith; Carla Smith; Ellie Slater; Jean Shown; Faye Shown; Roger Brown; Claudine Brown, Defendants–Appellants.**

**Nos. 14–3530, 14–3596.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 16, 2015.

Filed: Dec. 29, 2015.

Charles F. Speer, Peter Britton Bieri, Charles D. Miller, Speer Law Firm, P.A., Kansas City, for appellants Rodger Smith, Carla Smith, Ellie Slater, Jean Shown, Faye Shown, Roger Brown, and Claudine Brown.

Michael W. McCrary, Kespohl, McCrary & Cornejo, LLC, Columbia, MO, for appellant Terry Reynolds.

Russell F. Watters, Patrick A. Bousquet, Brown & James, P.C., St. Louis, MO, for appellee Grinnell Mutual Reinsurance Co.

Before MURPHY, BENTON, and KELLY, Circuit Judges.

**PER CURIAM.**

Grinnell Mutual Reinsurance Company is the reinsurer for insurance policies held by Terry Reynolds and David Rambo. In this action it seeks a declaratory judgment that there was no coverage for claims brought against Reynolds and Rambo by Rodger Smith and six other homeowners in a Missouri state court action. A magistrate judge[1] granted summary judgment for Grinnell, and Smith and Reynolds appeal. We affirm.

In the underlying lawsuit, the Smith plaintiffs alleged that Rambo and Reynolds were liable for nuisance and other harms caused by the operation of their swine and poultry farms. The magistrate judge concluded that the pollution liability exclusion in Rambo's policy, as well as the business activities and custom feeding exclusions in Reynolds's policy, were unambiguous and precluded coverage for the claims against them.

We conclude upon de novo review that the magistrate judge did not err in granting summary judgment. *See United Fire & Cas. Co. v. Titan Contractors Serv., Inc.,* 751 F.3d 880, 883 (8th Cir.2014) (summary

---

1. The Honorable Matt J. Whitworth, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

judgment standard); *id.* at 883–84 (standard for interpretation of an insurance policy under Missouri law). Accordingly, we affirm. *See* 8th Cir. R. 47B.